JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DANIEL GRANT QUICK,       )  NO. CV 17-5553-KS
          Petitioner,    )
       v.           )  **JUDGMENT**
                  )
SCOTT KERNAN,         )
         Respondent.   )
_____)

     Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: May 16, 2018

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE